

EMAIL: ALUSTIGMAN@OLSHANLAW.COM
DIRECT DIAL: 212.451.2258

June 7, 2019

**VIA ECF**

Hon. Michael A. Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Housewares America, Inc. v. Evert Fresh Corp., et al.*
<u>Civil Action Number: 15-cv-3764 (MCA) (MAH) (District of New Jersey)</u>

Dear Magistrate Judge Hammer:

Please accept this letter as the Status Report to be filed by today's date as directed by the Court on April 9, 2019 (ECF #214).

Due to the circumstances set forth in Evert Fresh Corporation's letter of May 30, 2019 (ECF #215), the Court granted Evert Fresh's request for a continuance of the in-person mediation that had been scheduled for June 4th. Counsel for the respective parties have been, and will continue working with mediator Peter Woodin via telephone and written correspondence to try to advance settlement. Mr. Woodin remains engaged as the mediator and the parties will reschedule an in-person mediation session as soon as Evert Fresh has resolved its insurance dispute.

We thank you in advance for your attention to this matter.

Respectfully submitted,

 */s/ Andrew B. Lustigman*

Andrew B. Lustigman

cc: Counsel of record (via ECF)