# OLSHAN

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: ALUSTIGMAN@OLSHANLAW.COM
DIRECT DIAL: 212.451.2258

July 16, 2019

**VIA ECF**

Hon. Michael A. Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:   *Housewares America, Inc. v. Evert Fresh Corp., et al.*
      **Civil Action Number: 15-cv-3764 (MCA) (MAH) (District of New Jersey)**

Dear Magistrate Judge Hammer:

I am writing this letter with the knowledge of opposing counsel to update the Court on the status of the mediation of this dispute. As set forth in Evert Fresh Corporation's letter of May 30, 2019 (ECF #215), Evert Fresh was not in a position to go forward with a June mediation session due to a dispute with its insurance carrier.

Last week, counsel for Evert Fresh advised it was in a position to resume the mediation process. The parties promptly reestablished contact with mediator Peter Woodin who is already familiar with this dispute from a prior mediation session.

We are pleased to report that the parties have booked an all-day session with Mr. Woodin for August 21, 2019 in New York City and are in the process of finalizing arrangements for an in-person mediation session to be attended not only by counsel but by the parties as well.

We thank the Court in advance for its attention to this matter and will continue to advise as to the status of the mediation.

Respectfully submitted,

 */s/ Andrew B. Lustigman*

Andrew B. Lustigman

cc: Counsel of record (via ECF)